IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | |
| | * | CASE NO. 16-07979/MCF |
| ESPERANZA DE LA CRUZ | * | |
| | * | |
| DEBTOR | * | CHAPTER 13 |

**MOTION FOR CONTINUATION OF THE AUTOMATIC STAY IN CASE
FILED WITHIN ONE YEAR OF FILING**

**TO THE HONORABLE COURT**:

COMES NOW, **ESPERANZA DE LA CRUZ,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states, alleges and prays as follow:

1. The debtor notified all creditors and parties in interest and hereby move this Court, pursuant to § 362 (c) (3) (B), for an Order continuing the automatic stay provided under § 362 (a) as to all creditors. In support of this motion, the debtor state as follow:

2. The debtor filed a petition under Chapter 13 on October 4, 2016 case number 16-07979/MCF.

3. The debtor filed a petition under Chapter 13 on April 24, 2014, case number 14-03228/MCF which was dismissed on June 9, 2016.

4. Debtor has special circumstances and changes that will allow her to complete her new Chapter 13 Plan.

Motion for Continuation of the Automatic Stay in Case Filed After Prior Dismissal Within One Year of Filing.
Case No. 16-07979/MCF13
Page -2-

5. The petition in this case has been filed in good faith. The debtor believes that the Chapter 13 Plan she has submitted will be confirmed and that he will be able to fully perform under the terms of the Plan.

6. The debtor's prior chapter 13 case, dismissed on June 9, 2016 was the only previous case by the debtor that was pending during the preceding year.

**WHEREFORE**, the debtor respectfully requests that this Honorable Court continue the automatic stay under section 362 (a) as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under section 362 (c) (1) or (c) (2), or a motion for relief is granted under section 362 (d).

## NOTICE

**NOTICE: Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise**

Motion for Continuation of the Automatic Stay in Case Filed After Prior Dismissal Within One Year of Filing.
Case No. 16-07979/MCF13
Page -3-

**I CERTIFY** that on this same date a copy of this motion was electronically filed using the CM/ECF system which will send notification of same to: the Chapter 13 Trustee Alejandro Oliveras Rivera, ESq.; US Trustee's Office, Monsita Lecaroz, Esq., Assistant US Trustee; and via regular mail to Esperanza De La Cruz, Borinquen Apartments, Apt C-116, Caguas PR 00726, debtor in the above captioned case; and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico this 7th day of October, 2016.

/S/ROBERTO FIGUEROA-CARRASQUILLO
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0186
TEL. (787) 744-7699
FAX. (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.    AAA
0104-3                                 Jose V Toledo Fed Bldg & US Courthouse  PO BOX 70101
Case 16-07979-MCF13                    300 Recinto Sur Street, Room 109        SAN JUAN, PR  00936-8101
District of Puerto Rico                San Juan, PR 00901-1964
Old San Juan
Fri Oct  7 14:23:37 AST 2016

COND. BORINQUEN PARK APARTMENTS        EMPRESAS BERRIOS                        EOS CCA
GOYCO STREET                           PO BOX 674                              700 LONGWATER DR ATT
CAGUAS, PR  00725                      CIDRA, PR 00739-0674                    NORWELL, MA 02061-1624


ER SOLUTIONSS                          NATIONWIDE RECOVERY                     RNPM LLC
800 SW 39TH ST SPRINT                  2304 TARPLEY RD STE 134 ATT MOBILITY    PO BOX 194499
RENTON, WA 98057-4975                  CARROLTON, TX 75006-2470                SAN JUAN, PR  00919-4499


TRM LLC                                TRM, LLC Loan Servicing System          ALEJANDRO OLIVERAS RIVERA
PO Box 192219                          221 Ponce Leon Ste 804                  ALEJANDRO OLIVERAS CHAPTER 13 TRUS
San Juan, PR  00919-2219               San Juan, PR  00918                     PO BOX 9024062
                                                                               SAN JUAN, PR 00902-4062


ESPERANZA DE LA CRUZ                   MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO
BORINQUEN PARK APARTMENTS              OFFICE OF THE US TRUSTEE (UST)          PO BOX 186
APT C 116                              OCHOA BUILDING                          CAGUAS, PR 00726-0186
CAGUAS, PR 00726                       500 TANCA STREET  SUITE 301
                                       SAN JUAN, PR 00901


End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14
```