**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**ESPERANZA DE LA CRUZ**<br>xxx–xx–0240<br><br>Debtor(s) | Case No. **16–07979 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/11/16 |

### NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 10/07/2016, debtor's(s') filed a motion for continuation of the automatic stay as to debtor (docket entry #7). In accordance with P.R. LBR 4001–5, if an objection is timely filed, a hearing will be held on 10/25/16 at 01:30 PM at 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR 00901. If no objection is filed within fourteen (14) days, the hearing may be vacated.

In San Juan, Puerto Rico, this Tuesday, October 11, 2016 .

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court
By:
*DENNIS RODRIGUEZ RODRIGUEZ*
Deputy Clerk