*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF PUERTO RICO*

| | |
|---|---|
| *IN RE:*<br>*ESPERANZA DE LA CRUZ*<br><br>*DEBTORS* | *CASE NO.16-07979(MCF)*<br><br>*CHAPTER 13* |

*NOTICE OF APPEARANCE*

*TO THE HONORABLE COURT:*

**NOW COMES** TRM, LLC as servicing agent for RNPM, LLC, a party in interest, herein through counsel, and most respectfully **STATES** and **PRAYS:**

1. The appearing party has retained the services of the undersigned Law Office to represent them in all proceedings pending before this Honorable Court.

2. Appearing party requests the Court that it enter an Order directing counsel for debtor, other attorneys in case, and the Clerk of the Court to serve on the undersigned copy of all pleading motions, pertinent documents, and events to be

scheduled for hearing in connection with the above captioned case.

3. This Motion is filed pursuant to Bankruptcy Rule 9010(b) and Local Rule 10.001.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED and the remedies requested be allowed forthwith, with such further relief as is deemed appropriate under the circumstances.

**I CERTIFY**, that copy of this motion was electronically notified to all parties which have requested electronic notice.

In San Juan, Puerto Rico, this <u>19</u>, day of October, 2016.

WVS LAW LLC
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: wvslawllc@gmail.com

*BY: /S/ Wallace Vazquez Sanabria*
*Wallace Vazquez Sanabria-125101*