IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 16-07979 MCF |
| ESPERANZA DE LA CRUZ | * | CHAPTER 13 |
| DEBTOR | * | |

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **ESPERANZA DE LA CRUZ** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting an amended Chapter 13 Plan, dated November 29, 2016, herewith and attached to this motion.

2. The Plan is amended to provide for Empresas Berrios POC #03 ($1,127.37), to include the correct pre-petition sum owed to RNPM LLC (POC $11,782.80), and delete the "tax refund" provision, in above captioned case. All other provisions remain the same.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent regular mail to the debtors and to all creditors and parties in interest appearing on the master address list, hereby attached.

## NOTICE

You are notified that within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2 –
**Notice of Amended Chapter 13 Plan**
Case no. 16-07979 MCF13

      RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 29th day of November, 2016.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR PETITIONER/DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                              Case No. **3:16-bk-7979**

**DE LA CRUZ, ESPERANZA**                                                           Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                ☑ AMENDED PLAN DATED: **11/29/2016**
☐ PRE ☐ POST-CONFIRMATION                          Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **410.00** x **60** = $ **24,600.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **24,600.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **24,600.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RNPM LLC**           Cr. _____           Cr. _____
# **61010010036072**       # _____             # _____
$    **11,782.80**         $ _____             $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **COND. BORINQUEN**    Cr. **EMPRESAS BERRIO**   Cr. **Empresas Berrios**
# **C-116**                # **POC #02**             # **POC #03**
$    **4,300.00**          $    **1,271.75**         $    **1,127.37**
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____                 Cr. _____                Cr. _____
# _____                   # _____                  # _____
$ _____                   $ _____                  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**RNPM LLC**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:   ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____                 Cr. _____                Cr. _____
# _____                   # _____                  # _____
$ _____                   $ _____                  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,735.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*

Signed: *Esperanza De La Cruz*
Debtor

_____
Joint Debtor

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**      Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing        TRM, LLC as servicing agent for RNPM, LLC    US Bankruptcy Court District of P.R.
0104-3                                  c/o WVS LAW LLC                              Jose V Toledo Fed Bldg & US Courthouse
Case 16-07979-MCF13                     17 MEXICO STREET                             300 Recinto Sur Street, Room 109
District of Puerto Rico                 SUITE D-1                                    San Juan, PR 00901-1964
Old San Juan                            SAN JUAN, PR 00917-2202
Tue Nov 29 14:57:07 AST 2016

AAA                                     COND. BORINQUEN PARK APARTMENTS              EMPRESAS BERRIOS
PO BOX 70101                            GOYCO STREET                                 PO BOX 674
SAN JUAN, PR 00936-8101                 CAGUAS, PR 00725                             CIDRA, PR 00739-0674


EOS CCA                                 ER SOLUTIONSS                                NATIONWIDE RECOVERY
700 LONGWATER DR ATT                    800 SW 39TH ST SPRINT                        2304 TARPLEY RD STE 134 ATT MOBILITY
NORWELL, MA 02061-1624                  RENTON, WA 98057-4975                        CARROLTON, TX 75006-2467


RNPM LLC                                TRM LLC                                      TRM, LLC Loan Servicing System
PO BOX 194499                           PO Box 192219                                221 Ponce Leon Ste 804
SAN JUAN, PR 00919-4499                 San Juan, PR 00919-2219                      San Juan, PR 00918


ALEJANDRO OLIVERAS RIVERA               ESPERANZA DE LA CRUZ                         MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS      BORINQUEN PARK APARTMENTS                    OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                          APT C 116                                    OCHOA BUILDING
SAN JUAN, PR 00902-4062                 CAGUAS, PR 00726                             500 TANCA STREET SUITE 301
                                                                                     SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)TRM, LLC as servicing agent for RNPM, LLC    End of Label Matrix
c/o WVS LAW LLC                                  Mailable recipients   15
17 MEXICO STREET, SUITE D-1                      Bypassed recipients    1
SAN JUAN, PR 00917-2202                          Total                 16
```