IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF  PUERTO RICO

IN RE:

ESPERANZA DE LA CRUZ

                                                                                CASE NO.   16-07979-MCF

                                                                                CHAPTER 13

        DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 11/15/2016. The meeting was  (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE:  November 29, 2016          PLAN BASE: $24,600.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/8/2016

☐ FAVORABLE                                      [X] UNFAVORABLE

  1.  [X] FAILS SECTION 1325(a)(9):

  • State Tax Returns:  Provide copy of 2012 - 2014 state tax return.

  [X] OTHER:

   1) Missing pay stubs for September (all) as part of the 6 mos. & 60 days prior to filing. 2) Debtor needs to clarify if children contribution was included in means test, line 2 as debtor's gross income from job. Schedule "I" discloses her gross income for $965.24, meanwhile means test, line #2 discloses it for $1,286.99. 3) Debtor has medical insurance with PR Government. Recently said insurance was renovated. As part of the process, debtor submitted financial information. Provide evidence of information of income and documentation submitted to obtain such service. Trustee's objection to debtor's claim of exemptions filed on 11/14/2016 at docket 15 is pending for adjudication.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of  which has been served upon counsel for  debtor(s). Copies
        are available to parties in interest at the Trustee's Office.

 Atty Fee:$3,000.00 /$265.00/$2,735.00

Atty:   ROBERTO FIGUEROA

/s/ Andrew Jimenez
Andrew Jimenez

USDC #226510
 **ALEJANDRO OLIVERAS RIVERA**
 Chapter 13 Trustee
 PO Box 9024062, Old San Juan Station
 San Juan PR 00902-4062
 CAS - JP