*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF PUERTO RICO*

| | |
|---|---|
| *IN RE:* *ESPERANZA DE LA CRUZ* | *CASE NO. 16-07979 (MCF)* |
| *DEBTOR* | *CHAPTER 13* |

*MOTION FOR DISMISSAL*

*TO THE HONORABLE COURT:*

*NOW COMES* *TRM, LLC as servicing agent for RNPM, LLC, through counsel and most respectfully* *STATES* *and* *PRAYS:*

1. *Instant petition was filed on October 4, 2016.*

2. *On October 19, 2016, appearing party filed a secured proof of claim which is incorporated by reference.*

3. *As of the filing of the Bankruptcy Petition Debtor was 26 payments in arrears with respect to the mentioned note. Total pre-petition arrears $11,782.80. See Proof of Claim for statement of account.*

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 Mexico Street, Suite D-1,
San Juan, Puerto Rico 00917
Phones (787) 756-5730, FAX (787) 764-0340
E-Mail: wvslawllc@gmail.com

4. Debtor is now 5 payments in arrears with respect to the mentioned note. Total post-petition arrears $1,613.35. Enclosed as Exhibit "A" Account Statement.

5. Failure to make post-petition payments constitute cause for dismissal under 11 U.S.C. 1307(4).

6. Dismissal of instant petition is beneficial to creditors and parties in interest.

7. Enclosed Statement under Service Members Act for debtor.

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Within **THIRTY (30) DAYS** after service as evidence by the certification, and an additional **THREE (3) DAYS** pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 Mexico Street, Suite D-1,
San Juan, Puerto Rico 00917
Phones (787) 756-5730, FAX (787) 764-0340
E-Mail: wvslawllc@gmail.com

granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**WHEREFORE** it is respectfully requested that this Motion BE GRANTED and that instant matter be dismissed, for the benefit of Movant, with such further relief as is deemed appropriate under the circumstances.

**I CERTIFY** that copy of this Notice was sent via first class mail to all creditors and parties in interest, as per enclosed master address list.

In San Juan, Puerto Rico, this __10__, day of January 2018.

>WVS LAW LLC
>17 Mexico St., Suite D-1
>San Juan, PR 00917-2202
>Tel: 787-756-5730
>Fax: 787-764-0340
>Email: wvslawllc@gmail.com
>By: *S/ Wallace Vazquez Sanabria*
>Wallace Vazquez Sanabria-125101

WVS Law LLC
Wallace Vázquez Sanabria
Counselor at Law
17 Mexico Street, Suite D-1,
San Juan, Puerto Rico 00917
Phones (787) 756-5730, FAX (787) 764-0340
E-Mail: wvslawllc@gmail.com

TRM LLC as servicing agent to RNPM LLC
Po Box 192219
San Juan, PR 00919

# REQUEST FOR LEGAL ACTION

| | |
|---|---|
| To: | MTG WALLACE VAZQUEZ |
| Loan ID: | **102554838** |
| Debtor: | ESPERANZA DE LA CRUZ |
| SS No.xxx-xx- | 240 |
| | |
| BK Num: | **16-07979-MCF** |
| Date Filed: | **10/4/2016** |
| Chapter: | 13 |

**PRE-PETITION ARREARS:**

| | | | | | |
|---|---|---|---|---|---|
| **Payments** | 0 | months @ | $ - | $ | - |
| **Late charges** | 0 | months @ | $ - | $ | - |

**SUB PRET- PETITION AMOUNT** $ -

| | |
|---|---|
| Attorneys fees | 0.00 |
| Inspections | 0.00 |
| Accumulated L/C | 0.00 |
| BK Fees | 0.00 |
| Escrow | 0.00 |
| Other Charges | |
| ***TOTAL PRE- PETITION AMOUNT*** | $ - |

**POST-PETITION ARREARS:**

| | | | | | |
|---|---|---|---|---|---|
| **Payments** | 5 | months @ | $ 308.54 | $ | 1,542.70 |
| **Late charges** | 5 | months @ | $ 14.13 | $ | 70.65 |

| | | |
|---|---|---|
| ***TOTAL POST- PETITION AMOUNT*** | **9/1/17 @ 1/1/18** | $ 1,613.35 |
| | | |
| **TOTAL** | | $ 1,613.35 |
| | Principal Balance: | **$ 30,302.23** |

**Note: All reinstallment payments must be made up to the current month, including legal fees and late charges .**

I, the undersigned, declare under penalty of perjury that the amount claimed by Movant in the foregoing Motion represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty of perjury that I have read the foregoing Motion and that the facts alleged are true and correct to the best of my knowledge.

| | |
|---|---|
| Name: | **/S/ ELISANDRA ORTIZ** |
| Title: | BANKRUPTCY OFFICER - MORTGAGE |
| | **1/2/2018** |

EXHIBIT A

Department of Defense Manpower Data Center



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-0240 |
| Birth Date: | |
| Last Name: | DE LA CRUZ |
| First Name: | ESPERANZA |
| Middle Name: | |
| Status As Of: | Jan-04-2018 |
| Certificate ID: | 7XDC43X55D2HMMM |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

```
Label Matrix for local noticing      TRM, LLC as servicing agent for RNPM, LLC    US Bankruptcy Court District of P.R.
0104-3                                c/o WVS LAW LLC                             Jose V Toledo Fed Bldg & US Courthouse
Case 16-07979-MCF13                   17 MEXICO STREET                            300 Recinto Sur Street, Room 109
District of Puerto Rico               SUITE D-1                                   San Juan, PR 00901-1964
Old San Juan                          SAN JUAN, PR 00917-2202
Thu Jan  4 13:09:10 AST 2018

AAA                                   COND. BORINQUEN PARK APARTMENTS             EMPRESAS BERRIOS
PO BOX 70101                          GOYCO STREET                                PO BOX 674
SAN JUAN, PR  00936-8101              CAGUAS, PR  00725                           CIDRA, PR 00739-0674



EOS CCA                               ER SOLUTIONSS                               NATIONWIDE RECOVERY
700 LONGWATER DR ATT                  800 SW 39TH ST SPRINT                       2304 TARPLEY RD STE 134 ATT MOBILITY
NORWELL, MA 02061-1624                RENTON, WA 98057-4975                       CARROLTON, TX 75006-2467



RNPM LLC                              TRM LLC                                     TRM, LLC Loan Servicing System
PO BOX 194499                         PO Box 192219                               221 Ponce Leon Ste 804
SAN JUAN, PR  00919-4499              San Juan, PR  00919-2219                    San Juan, PR  00918



ALEJANDRO OLIVERAS RIVERA             ESPERANZA DE LA CRUZ                        MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS    BORINQUEN PARK APARTMENTS                   OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                        APT C 116                                   OCHOA BUILDING
SAN JUAN, PR 00902-4062               CAGUAS, PR 00726                            500 TANCA STREET  SUITE 301
                                                                                  SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)TRM, LLC as servicing agent for RNPM, LLC    End of Label Matrix
c/o WVS LAW LLC                                 Mailable recipients    15
17 MEXICO STREET, SUITE D-1                     Bypassed recipients     1
SAN JUAN, PR 00917-2202                         Total                  16
```